

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2014

No. 04-14-00567-CV

**EX PARTE** Tad Dana **PERRY**

Original Habeas Corpus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On August 8, 2014, relator Tad Dana Perry filed a petition for writ of habeas corpus. This court is of the opinion that a serious question concerning a portion of the relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than 12:00 p.m. on Friday, August 15, 2014. Specifically, a response is requested on the issue of the trial court's authority to restrict the discretion of the Sheriff to award good conduct time credit.** *See* **TEX. CODE CRIM. PROC. ANN. art. 42.032 (West Supp. 2014).** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 11th, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 07-06-4710-CCL, styled *In the Interest of T.S.P., a Child*, pending in the County Court at Law, Medina County, Texas, the Honorable Vivian Torres presiding.